THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---------------------------------------------------------x
GIBRALTAR INDUSTRIES, INC.,         )
SOLAR GROUP, INC.,                  )
                                    )
                     Plaintiffs,    )   Case No. : 1:08-cv-00638-JTC
                                    )
     - against -                    )   **JURY TRIAL DEMANDED**
                                    )
EUROASIA PRODUCTS, INC.,            )
                     Defendant.     )
---------------------------------------------------------x

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(A)(1)

Plaintiffs Gibraltar Industries, Inc. and Solar Group, Inc., pursuant to Rule 41(a)(1), hereby serve this NOTICE OF VOLUNTARY DISMISSAL, with prejudice, of all claims in their Complaint against Euroasia Products, Inc. Plaintiffs' notice of dismissal is proper under Rule 41(a)(1) as the parties have reached a settlement of their dispute and Defendant has not yet filed an answer and/or responsive motion in this matter.

**March 21, 2009**

**LIPPES MATHIAS WEXLER FRIEDMAN LLP**

s/Dariush Keyhani
**DARIUSH KEYHANI**
dkeyhani@lippes.com
665 Main Street, Suite 300
Buffalo, NY 14203
(716) 853-5100 Main Number
(716) 898-8938 Direct Line
(716) 299-2499 Facsimile